CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
S. FEY EPLING (SBN 190025)
fey.epling@dbr.com
AYSE KUZUCUOGLU (SBN 251114)
ayse.kuzucuoglu@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

Attorneys for Defendant
NEXTERA ENERGY OPERATING SERVICES, LLC

J. WYNNE HERRON (SBN 71192)
LAURA HERRON WEBER (SBN 226934)
HERRON & HERRON
18360 Sonoma Highway
Sonoma, CA 95476
Telephone: (707) 933-4430
Facsimile: (707) 933-4431

Attorneys for Plaintiff
JAMES ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>NEXTERA ENERGY OPERATING SERVICES, LLC,<br><br>Defendant. | Case No. 12-cv-01610 LB<br><br>**STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**<br>ORDER<br><br>**The Honorable Laurel Beeler** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE PRE-TRIAL DATES
SF01/868456.1

CASE NO. 12-CV-01610 LB

1    Plaintiff James Allen ("Allen") and Defendant NextEra Energy Operating Services, LLC
2    ("NextEra") (collectively the "Parties") by and through their counsel of record hereby stipulate to
3    the following pre-trial schedule:
4    WHEREAS, on October 4, 2012, the Parties submitted a Joint Case Management
5    Statement and Rule 26(f) Report pursuant to Federal Rules of Civil Procedure, Rule 26(f), setting
6    forth a pre-trial schedule based upon a proposed trial date in or after June 2013; and
7    WHEREAS, on October 12, 2012, the Court issued a Case Management and Pre-Trial
8    Order; and
9    WHEREAS, the earliest date the Court is able to set this matter for trial is on March 31,
10   2014; and
11   WHEREAS, per the Parties' request, the Court set the Non-Expert Discovery Completion
12   Date for February 4, 2013, Expert Disclosure Date for February 18, 2013; Rebuttal Expert
13   Disclosure Date for March 4, 2013; the Expert Discovery Completion Date for April 4, 2013 and
14   the Last Hearing Date for Dispositive Motions And/Or Further Case Management Conference for
15   April 18, 2013; and
16   WHEREAS, these pre-trial dates do not now conform with the trial date of March 31,
17   2014; and
18   THEREFORE, the Parties stipulate to continue the pre-trial dates as follows: Non-Expert
19   Discovery Completion Date for August 2, 2013, Expert Disclosure Date for August 16, 2013;
20   Rebuttal Expert Disclosure Date for August 30, 2013; the Expert Discovery Completion Date for
21   September 30, 2013 and the Last Hearing Date for Dispositive Motions And/Or Further Case
22   Management Conference for ~~October 18, 2013~~.

```
October 17, 2013 at 10:30 a.m.(Motion Hearing set for
October 17, 2013 at 11:00 a.m.)  A Joint Case Management
Conference Statement (with updated information only)
due October 10, 2013.
```

23   ///
24   ///
25   ///
26   ///
27   ///
28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE PRE-TRIAL DATES     - 2 -     CASE NO. 12-CV-01610 LB
SF01/868456.1

1  IT IS SO STIPULATED.

2  Dated: ~~December~~ , 2012
3  January 7, 2013

HERRON & HERRON

By: _____
Laura Herron Weber

Attorney for Plaintiff
JAMES ALLEN

Dated: January 7, 2013
~~December~~ , 2012

DRINKER BIDDLE & REATH LLP

By: _____
Cheryl D. Orr
S. Fey Epling
Ayse Kuzucuoglu

Attorneys for Defendant
NEXTERA ENERGY OPERATING SERVICES, LLC

Date: January 10, 2013

[APPROVED — Judge Laurel Beeler, United States District Court, Northern District of California seal]

---

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE PRE-TRIAL DATES
SF01/868456.1

- 3 -

CASE NO. 12-CV-01610 LB