1  CHERYL D. ORR (SBN 143196)
   cheryl.orr@dbr.com
2  S. FEY EPLING (SBN 190025)
   fey.epling@dbr.com
3  AYSE KUZUCUOGLU (SBN 251114)
   ayse.kuzucuoglu@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, CA 94105-2235
   Telephone:  (415) 591-7500
6  Facsimile:   (415) 591-7510

7  Attorneys for Defendant
   NEXTERA ENERGY OPERATING SERVICES,
8  LLC

9  J. WYNNE HERRON (SBN 71192)
   LAURA HERRON WEBER (SBN 226934)
10 HERRON & HERRON
   18360 Sonoma Highway
11 Sonoma, CA 95476
   Telephone: (707) 933-4430
12 Facsimile: (707) 933-4431

13
   Attorneys for Plaintiff
14 JAMES ALLEN

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                     SAN JOSE DIVISION

19

20 JAMES ALLEN,                    Case No. 12-cv-01610 LB

21         Plaintiff,              **STIPULATION TO CONTINUE
                                   PRE-TRIAL DEADLINES**
22 v.                              ORDER

23 NEXTERA ENERGY OPERATING        **The Honorable Laurel Beeler**
   SERVICES, LLC,
24
           Defendant.
25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE PRE-TRIAL DATES
SF01/868456.1

CASE NO. 12-CV-01610 LB

Plaintiff James Allen ("Allen") and Defendant NextEra Energy Operating Services, LLC ("NextEra") (collectively the "Parties") by and through their counsel of record hereby stipulate to the following pre-trial schedule:

WHEREAS, on October 4, 2012, the Parties submitted a Joint Case Management Statement and Rule 26(f) Report pursuant to Federal Rules of Civil Procedure, Rule 26(f), setting forth a pre-trial schedule based upon a proposed trial date in or after June 2013; and

WHEREAS, on October 12, 2012, the Court issued a Case Management and Pre-Trial Order; and

WHEREAS, the earliest date the Court is able to set this matter for trial is on March 31, 2014; and

WHEREAS, per the Parties' request, the Court set the Non-Expert Discovery Completion Date for February 4, 2013, Expert Disclosure Date for February 18, 2013; Rebuttal Expert Disclosure Date for March 4, 2013; the Expert Discovery Completion Date for April 4, 2013 and the Last Hearing Date for Dispositive Motions And/Or Further Case Management Conference for April 18, 2013; and

WHEREAS, these pre-trial dates do not now conform with the trial date of March 31, 2014; and

THEREFORE, the Parties stipulate to continue the pre-trial dates as follows: Non-Expert Discovery Completion Date for August 2, 2013, Expert Disclosure Date for August 16, 2013; Rebuttal Expert Disclosure Date for August 30, 2013; the Expert Discovery Completion Date for September 30, 2013 and the Last Hearing Date for Dispositive Motions And/Or Further Case Management Conference for ~~October 18, 2013~~.

```
October 17, 2013 at 10:30 a.m.(Motion Hearing set for
October 17, 2013 at 11:00 a.m.)  A Joint Case Management
Conference Statement (with updated information only)
due October 10, 2013.
```

///
///
///
///
///
///
///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE PRE-TRIAL DATES
SF01/868456.1
- 2 -
CASE NO. 12-CV-01610 LB

1  IT IS SO STIPULATED.

2  Dated: ~~December~~ ____, 2012
3  January 7, 2013

HERRON & HERRON

4  By: _____
     Laura Herron Weber

6  Attorney for Plaintiff
   JAMES ALLEN

7  January 7, 2013
8  Dated: ~~December~~ ____, 2012

DRINKER BIDDLE & REATH LLP

10  By: _____
     Cheryl D. Orr
11   S. Fey Epling
     Ayse Kuzucuoglu
12

13  Attorneys for Defendant
    NEXTERA ENERGY OPERATING
    SERVICES, LLC

16  Date:    January 10, 2013

**APPROVED**
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE PRE-TRIAL DATES
SF01/ 868456.1

- 3 -

CASE NO. 12-CV-01610 LB